1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID ANTHONY FALLON,

11          Plaintiff,                     No. CIV S-05-2154 GEB JFM PS

12      vs.

13   UNITED STATES OF AMERICA,
     STATE OF CALIFORNIA
14   DEPARTMENT OF JUSTICE,

15          Defendants.              FINDINGS & RECOMMENDATIONS

16   _____/

17          By order filed December 27, 2005, plaintiff's complaint was dismissed and thirty

18   days leave to file an amended complaint was granted.  The thirty day period has now expired, and

19   plaintiff has not filed an amended complaint or otherwise responded to the court's order.

20          IT IS HEREBY RECOMMENDED that this action be dismissed without

21   prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

22          These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days

24   after being served with these findings and recommendations, plaintiff may file written objections

25   with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

26   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

1

1   time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

2   (9th Cir. 1991).

3   DATED:   February 1, 2006.

4

5

6                                                              UNITED STATES MAGISTRATE JUDGE

7   fallon2154.fta

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26